FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                  CIVIL ACTION No. 2 : 11 - C V - 076 JLH

WAYNE V. CALDWELL, SR., AND
HIS SPOUSE, IF ANY; AND
CHARLES BURROW.                                        DEFENDANTS Holmes

This case assigned to District Judge_____
and to Magistrate Judge_____ Deere

COMPLAINT FOR FORECLOSURE

Comes now the United States of America, represented herein by, Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and the undersigned Assistant United States Attorney, and for its cause of action, would state to the Court:

1.      This Court has jurisdiction, pursuant to the provisions of 28 U.S.C. §1345, by reason of the fact that this is a civil action brought by the United States of America, on behalf of the Farm Service, an agency within the United States Department of Agriculture.

2.      The United States seeks to foreclose upon certain real property that is situated in Monroe County, Arkansas, and within the jurisdiction of this Court. The property which is the subject of this cause of action is more particularly described below.

3.      Defendant, Wayne V. Caldwell, Sr., (hereinafter "Defendant") is an adult resident of Desha County, Arkansas.  Defendant may be served with service of process of Plaintiff's Complaint for Foreclosure (hereinafter "Plaintiff's Complaint") at his principal residence located at 118 Carlton Drive, Dumas, Arkansas  71639.

4.      The defendant, Charles Burrow, is an adult resident of Monroe County, Arkansas.  This Defendant may be served at his principal residence located at 8288 U.S. Highway 70, Brinkley, Arkansas  72021.

5.      For valuable consideration and to receive loan assistance from the United States of America, Defendant and his former spouse, Glenda F. Caldwell (now Glenda Flahrity) executed and delivered to the Farmers Home Administration, now Farm Service Agency, United States Department of Agriculture, certain Promissory Notes, representing loans made, renewed, rescheduled and/or reamortized between June 11 1984 and June 13, 2000, which are more particularly described below:

| Loan Type | Date of Note | Principal Amount | Interest Rate | Terms |
|---|---|---|---|---|
| 43-62 (EM)* | June 13, 2000 | $30,634.56 | 3.75% | 15 annual installments in the amount of $2,708.00 beginning June 13, 2001. |
| *Note:  This Note was rescheduled from Note No. 43-61 dated April 13, 1999 in the amount of $29,350.00 | | | | |
| 41-63 (FO)* | June 13, 2000 | $251,567.36 | 5.0% | 23 annual installments in the amount of $18,652.00 beginning June 13, 2001. |
| *Note:  This Note was rescheduled from Note No. 41-57 dated April 3, 1998 in the amount of $226,693.21; rescheduled from Note No. 41-53 dated March 20, 1996 in the amount of $205,726.06; rescheduled from Note. No. 41-48 dated June 28, 1995 in the amount of $187,840.91; rescheduled from Note 41-45 dated May 9, 1994 in the amount of $187,840.91; rescheduled from Note No. 41-32 dated May 19, 1992 in the amount of $181,033.06; rescheduled from Note No. 41-24 dated May 7, 1991 in the amount of $169,366.37; rescheduled from Note No. 41-12 dated February 24, 1986 in the amount of $164,364.63; rescheduled from Note No. 41-04 dated June 11, 1984 in the amount of $153,900.00. | | | | |
| 44-64 (OL)* | June 13, 2000 | $212,078.43 | 5.0% | 15 annual installments in the amount of $20,434.00 beginning June 13, 2001. |
| *Note:  This Note was rescheduled and consolidated from: Note No. 44-60 dated April 1, 1999 in the amount of $84,300.00; Note No. 44-59* dated April 3, 1998 in the amount of $57,400.38; Note No. 44-58* dated April 3, 1998 in the amount of $20,319.01; and Note No. 44-56* dated April 3, 1998 in the amount of $37,973.22.<br>*Note Numbers 44-59, 44-58, and 44-56, which were consolidated into Note Number 44-64, were each rescheduled from previous notes. Note No. 44-59 was rescheduled from Note No. 44-55 dated March 20, 1996 in the amount of $52,784.55; rescheduled from Note No. 44-49 dated June 28, 1995 in the amount of $51,025.50; rescheduled from Note No. 44-37 dated May 9, 1994 in the amount of $80,640.00. Note No. 44-58 was rescheduled from Note No. 44-54 dated March 20, 1996 in the amount of $20,245.92; rescheduled from Note No. 44-50 dated June 28, 1995 in the amount of $19,536.71; rescheduled from Note No. 44-38 dated May 9, 1994 in the amount of $18,485.81; rescheduled from Note No. 44-31 dated May 19, 1992 in the amount of $19,607.93; rescheduled from Note No. 44-23 dated May 7, 1991 in the amount of $18,543.21; and rescheduled from Note No. 44-16 dated May 10, 1990 in the amount of $58,650.00. Note No. 44-56 was rescheduled from Note No. 44-52 dated March 20, 1996 in the amount of $34,461.03; and rescheduled from Note No. 44-47 dated June 28, 1995 in the amount of $50,000.00. | | | | |

Copies of each Note, which are owned and held by the United States of America, are attached hereto and incorporated herein as Exhibit "A".

6.    Concurrently with the execution of the Notes and for the purpose of securing payment of the indebtedness evidenced by them, Defendant and his former spouse, Glenda F. Caldwell (now Glenda Flahrity), executed and acknowledged in the manner required by law, and delivered to the Farmers Home Administration, now Farm Service Agency, United States Department of Agriculture, certain Real Estate Mortgages for Arkansas, conveying a priority mortgage lien on certain real property described therein and situated in which being more particularly described hereinafter as follows:

| Date of Mortgage | Date of Entry | Filing Information |
|---|---|---|
| June 11, 1984 | June 11, 1984 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 107, at Page 256. |
| July 9, 1984 | July 9, 1984 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 107, at Page 412. |
| January 15, 1985 | January 15, 1985 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 108, at Page 521. |
| February 24,1986 | February 24, 1986 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 112, at Page 300. |
| February 6, 1987 | February 6, 1987 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 115, at Page 39. |
| April 27, 1988 | April 27, 1988 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 119, at Page 176. |
| April 26, 1989 | April 26, 1989 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 122, at Page 496. |
| May 10, 1990 | May 10, 1990 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 126, at Page 235. |
| May 7, 1991 | May 7, 1991 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 128, at Page 496. |
| May 19, 1992 | May 19, 1992 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 132, at Page 103. |
| May 9, 1994 | May 9, 1994 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 138, at Page 659. |

| Date of Mortgage | Date of Entry | Filing Information |
|---|---|---|
| May 24, 1994 | May 25, 1994 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 138, at Page 787 (corrected). |
| June 28, 1995 | June 28, 1995 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 142, at Page 655. |
| March 20, 1996 | March 22, 1996 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Ashley County, Arkansas in Book 146, at Page 304. |
| April 3, 1998 | April 3, 1998 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 154, at Page 306. |
| April 13, 1999 | April 13, 1999 | Filed in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 158, at Page 280. |

Said Mortgages encumber certain real property together with rents and revenue therefrom, improvements and personal property attached thereto or reasonably necessary to the use thereof, and other property all of which being more particularly described below:

> PART OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION ELEVEN (11) AND OF PRIVATE SURVEY No. 2310, IN TOWNSHIP ONE (1) NORTH, RANGE THREE (3) WEST, DESCRIBED AS FOLLOWS:  BEGIN AT THE QUARTER CORNER OF SECTION TWO (2) AND ELEVEN (11) IN SAID TOWNSHIP AND RANGE, RUN THENCE SOUTH 1,520 FEET; THENCE WEST 2,192 FEET TO THE CENTER OF A ROAD; THENCE ALONG CENTER OF ROAD NORTH 11 DEGREES 45' EAST 280 FEET; THENCE NORTH 5 DEGREES EAST 820 FEET; THENCE EAST 1,320 FEET; THENCE NORTH 342 FEET; THENCE EAST 740 FEET TO THE POINT OF BEGINNING; ALSO A PART OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 11 AND SAID PRIVATE SURVEY No. 2310, TOWNSHIP AND RANGE AFORESAID, DESCRIBED AS: BEGIN AT POINT ON THE WEST LINE OF SAID PRIVATE SURVEY No. 2310 AT A POINT 2,480.9 FEET NORTH OF THE SOUTHWEST CORNER OF SAID SURVEY; RUN THENCE SOUTH 81 DEGREES EAST 2,772.2 FEET; THENCE SOUTH 448.5 FEET; THENCE EAST 220 FEET TO THE CENTER OF A ROAD; THENCE SOUTH 5 DEGREES WEST 520 FEET ALONG SAID ROAD; THENCE WEST 2,913.2 FEET TO THE WEST LINE OF SAID SURVEY; THENCE NORTH ALONG SAID WEST LINE 1,378.9 FEET TO THE POINT OF BEGINNING. SUBJECT TO ALL PUBLIC AND PRIVATE ROADS AND EASEMENTS.

Copies of each described Real Estate Mortgage which are also owned and held by the United States of America, are attached hereto and incorporated herein as Exhibit "B".

7.     That, by execution of Form RD 1965-8, *"Release from Personal Liability"* dated April 19, 2001, Farm Service Agency, approved the conveyance of Defendant Caldwell's former spouse, Glenda F. Caldwell (now Glenda Flahrity), interests in the property securing the Government's liens to Defendant, and the United States of America released her from personal liability for the indebtedness and obligation of the above-described Promissory Notes.  A copy of the Release from Personal Liability is attached hereto and incorporated herein as Exhibit "C".

8.     That, by execution of two (2) Partial Releases (Form RD 460-1), dated September 11, 2002 and February 24, 2003, respectively, the United States of America released the following real property from its lien:

> A parcel of land in Private Survey No. 2310, Township 1 North, Range 3 West, described by meets and bounds as follows: Begin at a point in the center of States Highway No. 241 at 1,170.9 feet North and 323.5 feet East of the Quarter Section corner of Sections 10 and 11; thence East 250 feet; thence North five degrees 41 minuets West 1,095.6 feet; thence West 230 feet to the center of State Highway No. 241; thence along the center of same South five degrees West 820 feet and South 11 degrees 45 minutes West 280 feet to the point of beginning, containing 6.03 acres more or less.

Copies of said Partial Releases are incorporated herein and attached hereto as Exhibit "D".

9.     That, by Quitclaim Deed dated February 19, 2010 and filed for record in the real estate records in the Office of Circuit Clerk and Ex-Officio Recorder of Monroe County, Arkansas in Book 2010, at Page 120, Glenda Flahrity, Defendant's former spouse, conveyed all her ownership, rights, and interests to Defendant in the real property securing the

Government's lien. A copy of the Quitclaim Deed is attached hereto and incorporated herein as Exhibit "E".

10.     That, after allowing all credits thereon, there remains due and owing to the United States of America, $615,342.74. Said sum representing $454,617.18 in unpaid principal, plus accrued interest through February 24, 2010 in the amount of $160,725.56, with interest accruing thereafter at the rate of $61.04 per day.  A copy of the Statement of Account is attached hereto and incorporated herein as Exhibit "F".

11.     That, Defendant has violated the covenants of the Notes and Mortgages, and by reason of such default, Plaintiff has decided to exercise its right of acceleration and declare the entire unpaid balance, including principal and interest, immediately due and payable.  Despite repeated demands, Defendant has refused, failed and neglected to pay the balance due.  That all conditions precedent have been performed and amicable demand has been made, but without avail.  A copy of the Notice of Acceleration is attached hereto and incorporated herein as Exhibit "G".

12.     The defendant, Charles Burrow, may claim an interest in the real property that is the subject of this action by virtue of an oral lease agreement.  Any claim this Defendant may have is junior, inferior and subordinate to the claim of the United States.

13.     Whether defendant Wayne V. Caldwell, Sr., currently has a spouse is unknown to Plaintiff.  The spouse of Wayne V. Caldwell, Sr., if any, may have or claim a dower

interest in the above described property, any such interest is subsequent and subordinate from Plaintiff's mortgages.

14.    That, the United States of America desires to obtain an *in rem* judgment on the Notes and Mortgages and to enforce its judgment through the seizure and sale of the mortgaged property described in Paragraph No. 6, hereinabove, pursuant to a Decree of Foreclosure.

WHEREFORE, the United States of America, Plaintiff herein, prays for judgment *in rem* in favor of Plaintiff for the total amount of $615,342.74. Said sum representing $454,617.18 in unpaid principal, plus accrued interest through February 24, 2010 in the amount of $160,725.56, with interest accruing thereafter at the rate of $61.04 per day, at the legal rate as provided by law until paid in full.

Plaintiff further prays that its first mortgage lien be recognized and maintained upon the mortgaged property described in Paragraph No. 6 of this Complaint for Foreclosure , and that said property be sold according to law to the highest bidder; subject to any unpaid taxes and that out of the proceeds of said sale, Plaintiff be paid by preference and priority over all persons the amount of its claim, including any advances made by Plaintiff up to the date of judgment on the account of Borrower in accordance with the terms of the Mortgages, and that the amount realized from said sale be applied to judgment to be rendered herein.

Plaintiff further prays that the judgment be decreed to act *in rem* against the mortgaged property and not *in personam* against the Defendant.

7

Plaintiff further prays for all orders and decrees necessary in the premises, and for all general and equitable relief and for all costs of these proceedings.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By /s/ _Richard Pence Jr._
Richard M. Pence, Jr.
Assistant United States Attorney
Eastern District of Arkansas
Arkansas Bar No. 69059
425 West Capitol Avenue, Fifth Floor
P.O. Box 1229
Little Rock, Arkansas  72203-1229
Telephone:   (501) 324-5246
Richard.Pence@usdoj.gov

OF COUNSEL:

Josh A. Newton, Attorney
Office of General Counsel
U.S. Department of Agriculture
3201 Federal Building
700 West Capitol Avenue
Little Rock, Arkansas  72201
Telephone:   (501) 324-5246
Joshua.Newton@ogc.usda.gov